**SO ORDERED.**

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30800

Dated: December 28, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Enrique P. Rios and Ana Rios<br>       Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for BAFC 2007-1<br>       Movant,<br>  vs.<br><br>Enrique P. Rios and Ana Rios, Debtors, William E. Pierce, Trustee.<br><br>       Respondents. | No. 2:10-bk-33483-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 13, 2006 and recorded in the office of the Yavapai County Recorder wherein U.S. Bank National Association, as Trustee for BAFC 2007-1 is the current beneficiary and Enrique P. Rios and Ana Rios have an interest in, further described as:

> LOT 3696, VERDE VILLAGE UNIT SEVEN ACORDING TO THE PLAT OF ECORD IN BOOK 15 OF MAPS, PAGES 43 AND 44, RECORDS OF YAVAPAI COUNTY, ARIZONA. EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN
> BOOK 145 OF DEEDS, PAGE 214, ECORDS OF YAVAPAI COUNTY, ARIZONA. ALSO EXCEPT ALL OIL, MINERALS, ORES AND METALS
> RESERVED IN DEED RECORDED IN BOOK 187 OF DEDS,
> YAVAPAI COUNTY, ARIZONA.
> OF EVERY KIND, AS
> PAGE 331, RECORDS OF
> which

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.